IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM JEFFREY ROBERTS                                                                                       PLAINTIFF

v.                                                                                              CAUSE NO. 1:23-CV-155-SA-RP

MARSHAL RAMEY, et al.                                                                                      DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On February 28, 2025, Magistrate Judge Percy issued a Report and Recommendation [12], wherein he recommended that Roberts' motion to proceed *in forma pauperis* [4] be denied and this case be dismissed on the basis of *res judicata*. The Report and Recommendation [12] explained the procedures pursuant to which Roberts could object. Despite being given an opportunity, Roberts has not objected to the Report and Recommendation [12] and his time to do so has now passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Report and Recommendation [12] and the record as a whole. Having done so, the Court agrees with Magistrate Judge Percy's recommendation. There is no plain error on the face of the record. The Report and Recommendation [12] is ADOPTED IN FULL. The Motion to Proceed *in Forma Pauperis* [4] is DENIED. This CASE is CLOSED.

SO ORDERED, this the 20th day of March, 2025.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE